United States District Court
Southern District of Texas
**ENTERED**
September 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| RICHARD MACIAS and MARGARET ALVAREZ, § § § Plaintiffs, § § VS. § § EXTREME RC BY RSI, LLC, AMJAY § DISTRIBUTING, INC., GALAXY § DISTRIBUTORS OF SUFFOLK § COUNTY, INC., HAIBOXING TOY § FACTORY, SHENZHEN JINLONGJIE § ELECTRONIC TECHNOLOGY CO., § LTD., 7-ELEVEN INC. and HUAHUI § NEW ENERGY, § § Defendants. § | Civil Case No. 6:15-CV-00017 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 27, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Jason B. Libby. (Dkt. No. 245). Judge Libby made findings and conclusions and recommended that this case be dismissed without prejudice for lack of subject matter jurisdiction. (Dkt. No. 245).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On September 10, 2025, Defendant 7-Eleven filed two objections. (Dkt. No. 246). First, 7-Eleven objects to Magistrate Judge Libby's discussion of Plaintiffs' Amended Motion for Partial Summary Judgment and any other pending motions or anticipated motions as dicta that is unnecessary to resolving the jurisdictional issue. (Dkt. No. 246 at 2). Second, 7-Eleven objects to Magistrate Judge

Libby's discussion of Texas's saving statute as unnecessary to resolving the jurisdictional issue. (Dkt. No. 246 at 3).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. The Court sustains 7-Eleven's objections, which do not affect the ultimate recommendation of Judge Libby. It is therefore ordered that:

(1)  Magistrate Judge Libby's M&R, (Dkt. No. 245), is **ACCEPTED** and **ADOPTED** subject to the objections sustained herein; and

(2)  This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is SO ORDERED.

Signed on September 19, 2025.

                                                                           **DREW B. TIPTON**
                                                          **UNITED STATES DISTRICT JUDGE**